O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUIS MANCILLA ARROYO,<br><br>    Petitioner,<br><br>    v.<br><br>U.S.P. LOMPOC,<br><br>    Respondent. | No. 2:23-cv-08953-DDP-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections were filed to the Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

    ACCORDINGLY, IT IS ORDERED:

    1.    The Report and Recommendation is accepted.

    2.    The Petition is denied.

    3.    Judgment shall be entered dismissing this action without prejudice.

4. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: March 20, 2024

HONORABLE DEAN D. PREGERSON
SENIOR UNITED STATES DISTRICT JUDGE