JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

LUIS MANCILLA ARROYO,

       Petitioner,

    v.

U.S.P. LOMPOC,

       Respondent.

No. 2:23-cv-08953-DDP-BFM

**JUDGMENT**

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed without prejudice.

DATED: March 20, 2024 _____

               HONORABLE DEAN D. PREGERSON
          SENIOR UNITED STATES DISTRICT JUDGE